UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIA ROSENTHAL

VS.

STEPHEN GLICKMAN

COMPLAINT

Parties

1. The elderly pro se Petitioner/Appellant was an owner of the one-bedroom condominium in Winchester House in Brookline of the Massachusetts.

2. The DefendaNT WAS A Trustee Winchester House Condominium.

Jurisdiction

3. This Court has jurisdiction over this matter to review the decisions of the Supreme Judicial Court for Suffolk County and for the Supreme Judicial Court for the Commonwealth of Massachusetts who are in support of the Appeals Court denial to enlarge time during the Highest Jewish Holy Days (Rosh Ha-Shanah and Yom Kippur) to a child of Holocaust and elderly of linguistic minotity to file a brief and appendix of Defendant /appellant.

Facts

4. This elderly with medical condition not having legal skills, access to the public computer and, of the linguistic minority pro se Petitioner filed Pettion on Appeals Court Denial to enlarge time based on religious allowance that she could to file brief and appendix. Especially, when "the court given leave to file four copies" and received aNotice that the Record is Fully Assembled by Brookline District Court.

The conclusion of the Study Racial and Ethnic Bias in the court was in the Commission's final Report transmitted to the Supreme Judicial Court that:

" IT IS THE PERCEPTION OF MANY LAWYERS, COMMUNITY members, judges, and focus groups that disparate treatment toward racial and ethnic minorities EXISTS within courts of the Commenwealth".

The pro se filed several Motions to Supreme Judicial Court for Suffolk County(SJC-2003-0351 entered 07/25/03) AND to Supreme Judicial Court for Commonwealth of Massachusetts(SJC-09117 entered 09/29/03) ABOUT OF THE DENIAL AN Additional extension and/or to enlarge time based on strict observance the Highest Jewish Holy Days (Rosh Ha-Shanah and Yom Kippur) that she could file the brief and appendix in Appeal Court. (Exhibit "A").

AND, the decisions are from:

A. <u>The Supreme Judicial Court for Suffolk County</u>.

1. On September 10,2003 the Notice of Docket Entry Judgment: DEnying relief under c. 211, s. 3 without a hearing;(Exh.B)
2. On March19,2004: a)the Notice of Docket Entry Judgment after Rescript from SJC for the Commonwealth. (Exhibit C.) b)Judgment After Rescript is made: "Appeal dismissed" (Exhibit D).
3. On March 29,2004 a Notice of Docket Entry Motion for Clarification Judgment Entered March 14,2004(Exhibit E). (03/29/04-Motion for Clarification is Dismissed without hearing) (Exhibit F).

B. <u>The Supreme Judicial Court for the Commonwealth of Massachusetts</u>

COMMONWEALTH OF MASSACHUSETTS
APPEALS COURT
CLERK'S OFFICE
1500 NEW COURT HOUSE
BOSTON, MASSACHUSETTS 02108
(617) 725-8106

October 1, 2002

Maria Rosenthal
P.O. BOX 1953
Brookline, MA 02446

RE: No. 2002-P-0708

**STEPHEN CLICKMAN, TRUSTEE**
**vs.**
**MARIA ROSENTHAL**

NOTICE OF DOCKET ENTRY

Please take note that, with respect to the MOTION to extend brief & appendix due date, filed by Maria Rosenthal. (Paper #6), on September 30, 2002, the following order was entered on the docket of the above-referenced case:

RE#6: Denied. (Green, J.) *Notice.

Very truly yours,

The Clerk's Office

Dated: October 1, 2002

To: Michael W. Merrill, Esquire
Maria Rosenthal

6



# Bay State Federal Bank

AT WORK FOR YOU

| | | |
|---|---|---|
| BROOKLINE | 1299 BEACON STREET | (617) 739-9500 |
| BOSTON | 184 MASSACHUSETTS AVE. | (617) 536-9090 |
| DEDHAM | DEDHAM PLAZA, ROUTE 1 | (781) 329-3220 |
| NORWOOD | 61 LENOX STREET | (781) 769-2000 |
| WALPOLE | 931 MAIN STREET | (508) 660-2760 |
| WESTWOOD | 705 HIGH STREET | (781) 326-6400 |

**24-HOUR TELEPHONE BANKING: (800) 835-0170 • TTY: 617-739-6398**

**www.baystatefederal.com**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1<br>אלול<br>24 Elul כד | 2<br>25 Elul כה | 3<br>26 Elul כו | 4<br>27 Elul כז | 5<br>28 Elul כח | 6<br>ערב ראש השנה<br>Erev Rosh Ha-Shanah<br>Eve of the New Year<br>29 Elul כט | 7<br>א׳ דראש השנה תשס״ג<br>Rosh Ha-Shanah<br>First day of New Year of 5763<br>Shofar is not sounded on Shabbat<br>1 Tishri א |
| 8<br>ב׳ דראש השנה תשס״ג<br>Rosh Ha-Shanah<br>Second day of New Year 5763<br>Shofar is sounded<br>2 Tishri ב | 9<br>צום גדליה<br>Fast of Gedaliah<br>3 Tishri ג | 10<br>4 Tishri ד | 11<br>5 Tishri ה | 12<br>6 Tishri ו | 13<br>7 Tishri ז | 14<br>שבת שובה<br>Shabbat Shuvah<br>האזינו<br>Ha'azinu<br>Pent. Deut. 32:1-52<br>Pr. Hosea 14:2-10; Micah 7:18-20; Joel 2:15-27<br>8 Tishri ח |
| 15<br>ערב יום כפור<br>Erev Yom Kippur<br>Kol Nidre<br>9 Tishri ט | 16<br>יום כפור<br>Yom Kippur<br>Day of Atonement<br>Yizkor-Memorial Service<br>10 Tishri י | 17<br>11 Tishri יא | 18<br>12 Tishri יב | 19<br>13 Tishri יג | 20<br>ערב סכות<br>Erev Sukkot<br>Eve of the Festival Tabernacles<br>14 Tishri יד | 21<br>א׳ דסכות<br>First Day of Sukkot<br>15 Tishri טו |
| 22<br>ב׳ דסכות<br>Second Day of Sukkot<br>16 Tishri טז | 23<br>א׳ דחול המועד<br>First Day Hol ha-Mo'ed Sukkot<br>1st Intermediate Day of Sukkot<br>17 Tishri יז | 24<br>ב׳ דחול המועד<br>Second Day Hol ha-Mo'ed Sukkot<br>2nd Intermediate Day of Sukkot<br>18 Tishri יח | 25<br>ג׳ דחול המועד<br>Third Day Hol ha-Mo'ed Sukkot<br>3rd Intermediate Day of Sukkot<br>19 Tishri יט | 26<br>ד׳ דחול המועד<br>Fourth Day Hol ha-Mo'ed Sukkot<br>4th Intermediate Day of Sukkot<br>20 Tishri כ | 27<br>הושענא רבה<br>Hoshana Rabba<br>21 Tishri כא | 28<br>שמיני עצרת<br>Shemini Atzeret<br>Eighth Day of Festival<br>Yizkor Memorial Service<br>22 Tishri כב |
| 29<br>וזאת הברכה<br>Vezot Haberakhah<br>שמחת תורה<br>Simhat Torah<br>Rejoicing of the Torah<br>23 Tishri כג | 30<br>24 Tishri כד | | | | | |

**READING OF THE FIVE SCROLLS**
**Ecclesiastes for the Shabbat of Shemini Atzeret**

The "Five Megillot (or Scrolls)" is a collective designation for the five shortest books of the Holy Writings (KETUVIM), the third division of the Hebrew Bible. Each one of these Scrolls is traditionally connected with one of five holidays in the Jewish year and is read in many synagogues as part of the liturgy on these occasions.

## SEPTEMBER 2002

אלול תשס״ב - תשרי תשס״ג

ELUL 5762 – TISHRI 5763

### KINDLE SABBATH CANDLES

(Standard Time)

| SEPTEMBER | 6 | 13 | 20 | 27 |
|---|---|---|---|---|
| ATLANTA | 6:39 | 6:29 | 6:19 | 6:10 |
| BALTIMORE | 6:12 | 6:00 | 5:49 | 5:38 |
| BOSTON | 5:52 | 5:40 | 5:27 | 5:15 |
| BUFFALO | 6:23 | 6:11 | 5:58 | 5:46 |
| CHICAGO | 5:58 | 5:46 | 5:34 | 5:21 |
| CINCINNATI | 6:43 | 6:32 | 6:20 | 6:09 |
| CLEVELAND | 6:33 | 6:22 | 6:09 | 5:57 |
| COLUMBUS | 6:38 | 6:26 | 6:15 | 6:03 |
| DALLAS | 6:27 | 6:18 | 6:09 | 5:59 |
| DENVER | 6:05 | 5:54 | 5:42 | 5:31 |
| DETROIT | 6:40 | 6:28 | 6:15 | 6:03 |
| HARTFORD | 5:58 | 5:46 | 5:34 | 5:22 |
| HONOLULU | 6:25 | 6:18 | 6:11 | 6:05 |
| HOUSTON | 6:20 | 6:11 | 6:03 | 5:54 |
| INDIANAPOLIS | 6:50 | 6:39 | 6:27 | 6:16 |
| KANSAS CITY | 6:23 | 6:12 | 6:01 | 5:49 |
| LOS ANGELES | 5:55 | 5:45 | 5:35 | 5:25 |
| LOUISVILLE | 6:47 | 6:36 | 6:25 | 6:14 |
| MEMPHIS | 6:02 | 5:52 | 5:42 | 5:32 |
| MIAMI | 6:17 | 6:09 | 6:02 | 5:54 |
| MILWAUKEE | 6:00 | 5:47 | 5:35 | 5:22 |
| MINNEAPOLIS | 6:23 | 6:10 | 5:56 | 5:43 |
| NEWARK | 6:03 | 5:51 | 5:39 | 5:28 |
| NEW YORK | 6:02 | 5:50 | 5:38 | 5:27 |
| OMAHA | 6:31 | 6:19 | 6:07 | 5:55 |
| ORLANDO | 6:23 | 6:15 | 6:06 | 5:58 |
| PHILADELPHIA | 6:06 | 5:55 | 5:43 | 5:32 |
| PHOENIX | 6:29 | 6:19 | 6:10 | 6:00 |
| PITTSBURGH | 6:26 | 6:14 | 6:03 | 5:51 |
| PORTLAND | 6:21 | 6:07 | 5:54 | 5:40 |
| ROCHESTER | 6:19 | 6:06 | 5:54 | 5:41 |
| ST. LOUIS | 6:05 | 5:54 | 5:43 | 5:32 |
| SAN ANTONIO | 6:32 | 6:24 | 6:15 | 6:06 |
| SAN DIEGO | 5:49 | 5:39 | 5:30 | 5:20 |
| SAN FRANCISCO | 6:13 | 6:03 | 5:52 | 5:41 |
| SEATTLE | 6:22 | 6:08 | 5:53 | 5:39 |
| WASHINGTON, D.C. | 6:13 | 6:02 | 5:51 | 5:39 |
| MONTREAL | 6:05 | 5:52 | 5:39 | 5:26 |
| TORONTO | 6:27 | 6:15 | 6:02 | 5:49 |
| OTTAWA | 6:13 | 6:00 | 5:46 | 5:33 |
| WINNIPEG | 6:44 | 6:28 | 6:13 | 5:58 |




√

The Commonwealth of Massachusetts
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
ONE BEACON STREET, 4TH FLOOR
BOSTON, MASSACHUSETTS 02108
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK
CASE INFO (617) 557-1100
FACSIMILE (617) 523-1540

ASSISTANT CLERKS
LILLIAN C. ANDRUSZKIEWICZ (617) 557-1184
GEORGE E. SLYVA (617) 557-1185
ERIC B. WETZEL (617) 557-1186

September 10, 2003

Maria Rosenthal
P.O. Box 1953
Brookline, MA 02446

RE: No. SJ-2003-0351

MARIA ROSENTHAL
vs.
STEPHEN GLICKMAN

NOTICE OF DOCKET ENTRY

You are hereby notified that on September 10, 2003, the following was entered on the docket of the above referenced case:

JUDGMENT: denying relief under c. 211, s.3 without a hearing. (Cordy, J.)

Maura S. Doyle

Maura S. Doyle,
Clerk

To: Maria Rosenthal
Michael W. Merrill, Esquire
Brookline District Court

1

Supreme Judicial Court for the Commonwealth of Massachusetts
One Beacon Street, Third Floor, Boston, Massachusetts 02108
(617) 557-1020

Maria Rosenthal
P.O. Box 1953
Brookline, MA 02446

RE: No. SJC-09117

**MARIA ROSENTHAL**
**vs.**
**STEPHEN GLICKMAN**

NOTICE OF DECISION

Enclosed please find a copy of the decision rendered by the court in the above-captioned case.

Susan Mellen, Clerk

Dated: February 6, 2004

# COMMONWEALTH OF MASSACHUSETTS

## SUPREME JUDICIAL COURT FOR THE COMMONWEALTH

AT BOSTON, February 6, 2004

IN THE CASE NO. SJC-09117

MARIA ROSENTAHL

vs.

STEPHEN GLICKMAN

pending in the Supreme Judicial

Court for the County of Suffolk No. SJ-2003-0351

ORDERED, that the following entry be made in the docket; viz., --

Appeal dismissed.

Jane T. Lewis, Asst CLERK.

February 6, 2004

Supreme Judicial Court for the Commonwealth of Massachusetts
One Beacon Street, Third Floor, Boston, MA 02108

Re: No. SJC-09117 Maria Rosenthal vs. Stephen Glickman

To: Susan Mellen, Clerk.

Maria Rosenthal Appellee elderly pro se received from you dated February 6, 2004 the:
1. Notice of Decision - "find a copy of the decision rendered by the court."
2. Commonwealth of Massachusetts Supreme Judicial Court for the Commonwealth of Boston, February 6, 2004 in the case No SJC-019117- "pending in the Supreme Judicial Court for the County of Suffolk."

And,

"Ordered, that the following entry be made in the docket, viz.,

Because this (2) page was not named I am writting to you to correct the following mistakes:

A) How could case No. SJC-09117 docketed September 29, 2003 be a pending case? See. Notice of Docket Entry dated October 3, 2003 Susan Mellen, Clerk.
B) Who Ordered: "that the following entry be made in the docket," the second time after October 3, 2003.
C) What is mean "be made in the docket, viz.,
D) On which evidence the Memorandum and Appendix filed November 26, 2003 by elderly pro se?

The elderly prose is confused may be the "viz" abrogate the

1. mandated by Massachusetts General Law Chapter 19A prevent elder abuse,
2. Religious Rights guaranteed by this state Constitution.

Therefore, please correct the mistakes and annul papers dated February 6, 2004.

Thank you.

Sincerely

Maria Rosenthal

P.O. Box 1953
Brookline, MA 02446

Dated: February 10, 2004.

x Please put on the docket I am in bad sick.

Thank you

Maria Rosenthal

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
BROOKLINE POST OFFICE
BROOKLINE, MA 02446-5269
02/12/04 04:30PM

Store USPS Trans 81
Wkstn sys5003 Cashier KBQGP8
Cashier's Name BARBRA
Stock Unit Id SIABARBRA
PO Phone Number 617-738-1776
USPS # 2407980146

1. PVI Label(s) 0.37
Value: .37
Quantity: 1

Subtotal 0.37
Total 0.37

Cash 0.37

Number of Items Sold: 1

Send a message from the Heart, use the Breast Cancer Research Stamp.



The Commonwealth of Massachusetts
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
ONE BEACON STREET, 4TH FLOOR
BOSTON, MASSACHUSETTS 02108
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK
CASE INFO (617) 557-1100
BAR INFO (617) 557-1050
FACSIMILE (617) 523-1540

ASSISTANT CLERKS
LILLIAN C. ANDRUSZKIEWICZ (617) 557-1184
GEORGE E. SLYVA (617) 557-1185
ERIC B. WETZEL (617) 557-1186
FAX (617) 557-1033

March 19, 2004

Maria Rosenthal
P.O. Box 1953
Brookline, MA 02446

RE: No. SJ-2003-0351

MARIA ROSENTHAL
vs.
STEPHEN GLICKMAN

NOTICE OF DOCKET ENTRY

You are hereby notified that on March 19, 2004, the following was entered on the docket of the above referenced case:

JUDGMENT after Rescript from the SJC for the Commonwealth.

Maura S. Doyle, Clerk

To: Maria Rosenthal
Michael W. Merrill, Esquire
Brookline District Court

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
No. SJ-2003-0351

MARIA ROSENTHAL

vs.

STEPHEN GLICKMAN

JUDGMENT AFTER RESCRIPT

This matter came before the Court, and in accordance with the Rescript Opinion that was entered in the Full Court on February 6, 2004, it is ORDERED and ADJUDGED that the following entry of Judgment be, and the same hereby is, made:

"Appeal dismissed."

By the Court, (Cowin, J.)

Maura S. Doyle, Clerk

ENTERED: March 19, 2004

THE COMMONWEALTH OF MASSACHUSETTS
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

No. SJ-2003-0351

RECEIVED
MAR 25 2004
MAURA S. DOYLE
CLERK OF THE
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

Maria Rosenthal

vs.

Stephen Glickman

MOTION FOR CLARIFICATION
JUDGMENT ENTERENED MARCH 19, 2004

Now comes elderly pro se Petitioner and hereby asks this Court to Clarify Judgment entered March 19,2004.

The matter which came before this Court is about that the Appeals Court refusal bellow to:

1. extend time or enlarge time to file brief due to strict religious observance during full months September and by Notice of Docket Entry dated October 1,2002 was DENIED:

2. clarify Notice of Docket Entry dated November 19,2002 (Paper # 14) stated "RE:14 See the action of this date on paper # 15", "Notice".

Inasmuch as, this above Judgment Ordered and Adjudged that Appeal dismissed", THE pro se elderly must to understand how could appeal be dismissed when in reality the pro se even had not only filed an appeal but also the Appeals Court was denied to enlarge time on the religious allowance during the Highest Jewish Holy Da to serve and file the brief/appendix as the Respondent filed, on the Order Rulr 58 which by itself have not had any legal basis also, an illegal Forclosure on the Yom Kippur the Highest Jewish Holy Days against of the child of Holocaust.

Wherefore, the elderly pro se asks this Court to look over the above Order and Return her Rights by Dismiss Appeals Court in thi case (docket No. 2002-0708) all Denials and to Allow to ENLARGE time that she could file and serve the brief/appendix.
Also please take in consideration that the Record is Fully ASSEMBLED BY District Court Department and Appeals Court is given leave to file four copies.

Dated: March 25,2004

Respectfully sumitted,
Maria Rosenthal

Maria Rosenthal
P.O. Box 1953
Brookline, MA 02446

VISITOR
3/25/04
Maria Rosenthal
Supreme Judicial Court



The Commonwealth of Massachusetts
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
ONE BEACON STREET, 4TH FLOOR
BOSTON, MASSACHUSETTS 02108
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK
CASE INFO (617) 557-1100
BAR INFO (617) 557-1050
FAX (617) 557-1055

ASSISTANT CLERKS
LILLIAN C. ANDRUSZKIEWICZ (617) 557-1184
GEORGE E. SLYVA (617) 557-1185
ERIC B. WETZEL (617) 557-1186
FAX (617) 557-1033

March 29, 2004

Maria Rosenthal
P.O. Box 1953
Brookline, MA 02446

RE: No. SJ-2003-0351

MARIA ROSENTHAL
vs.
STEPHEN GLICKMAN

NOTICE OF DOCKET ENTRY

You are hereby notified that on March 25, 2004, the following was entered on the docket of the above referenced case:

Motion for Clarification Judgment Entered March 19, 2004, filed by Maria Rosenthal, pro se with attached Certificate of Service. (03/29/04-Motion for Clarification is DISMISSED without hearing. By the Court (Cowin, J.))

Maura S. Doyle, Clerk

To: Maria Rosenthal
Michael W. Merrill, Esquire
Brookline District Court

VISITOR
4/06/04
Maria Rosenthal
Supreme Judicial Court

SJC-09117

MARIA ROSENTHAL vs. STEPHEN GLICKMAN.

February 6, 2004.

Supreme Judicial Court, Appeal from order of single justice. Practice, Civil, Interlocutory appeal. Moot Question.

Maria Rosenthal appeals from a judgment of a single justice of this court denying her petition pursuant to G. L. c. 211, § 3. Rosenthal had sought relief from the denial of certain motions she had filed in the Appeals Court for enlargement of time for filing an appellate brief.[1] We dismiss the appeal as moot.

The Appeals Court allowed Rosenthal's first three motions for extensions of time, but denied her fourth and subsequent motions. When Rosenthal failed to file her brief, the Appeals Court dismissed the appeal pursuant to its Standing Order 17A. Rosenthal unsuccessfully moved to reinstate her appeal, and then filed an application for further appellate review. Months after this court denied her application, she filed her petition pursuant to G. L. c. 211, § 3.

Rosenthal has filed a memorandum and appendix purportedly pursuant to S.J.C. Rule 2:21, as amended, 434 Mass. 1301 (2001). That rule is inapplicable, however, because the denial of a motion in the Appeals Court to extend the due date for filing an appellate brief is not an "interlocutory ruling in the trial court," S.J.C. Rule 2:21 (1), 421 Mass. 1303 (1995). In any event, whether the Appeals Court properly denied Rosenthal's motions for enlargement of time has become academic because Rosenthal's appeal has been dismissed. See Commonwealth v. Farley, 438 Mass. 1003 (2002); Rasten v. Northeastern Univ., 432 Mass. 1003 (2000), cert. denied, 531 U.S. 1168 (2001). Even were Rosenthal's appeal not moot, it is clear from her memorandum and appendix that her appeal lacks merit.

Appeal dismissed.

The case was submitted on the papers filed, accompanied by a memorandum of law.

Maria Rosenthal, pro se.

---

[1] Although Rosenthal raised additional claims in her G. L. c. 211, § 3, petition, she presses none of them on appeal.

United States Treasury 15-51/000 P 834,560,818

Check No.

04 02 04 16 PHILADELPHIA, PA 2050 97618691

97618691 S1 1 P

Pay to the order of

MARIA ROSENTHAL 91 SOC SEC
P O BOX 1953 FOR MAR
BROOKLINE MA 02446-0016 $****501*00

VOID AFTER ONE YEAR

165

REGIONAL DISBURSING OFFICER

⑈2050⑈ ⑆000000518⑆ 9761869150⑈ 070404