UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.04-10858
C.A. No.04-10803

MARIA ROSENTHAL,
    Plaintiff

V.

MASS. GEN. HOSPITAL,
    Defendant
STEPHEN GLICKMAN,
    Defendant.

## MOTION

Now comes the plaintiff, regarding her Motions of Good Cause filed May 19,2004 (No.04-10803) AND THE OTHER June 1,2004 (No.04-10858) according to each Memorandum and Order dated May 3,2004 (No. 04-10858) and the other dated April 28,2004 (No. 04-10803) received back the first pages from both cases mailed July 6,2004 with something written in hand June 30,2004.

Wherefore, the plaintiff respectfully asks that was written in hand will be sent inasmuch as the Memorandums and Orders and other papers from the Court that plaintiff would be familiar with the decisions of the Judge in both Motions of Good Cause.

Respectfully submitted,

*Maria Rosenthal*

Dated: July 11,2004

Maria Rosenthal
P.O. Box 1953
Brookline,MA 02446