SCANNED
DATE: 07/22/0?
BY: SLY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Maria Rosenthal
   Plaintiff,

v.                                Civil Action No.04-10803 MEL

Stephen Glickman
   Defendant.

## PLAINTIFF'S MOTION OF GOOD CAUSE

Now comes the Plaintiff/Defendant a retired citizen pro se, a child of Holocaust whose English is not her native language and without legal skills very grateful that Memorandum and Order dated April 28,2004 allow to mention of the sole defendant not given in the filed Complaint and gave an opportunity to present good cause.

A. Defendant/Plaintiff through his attorney filed a Complaint unexpectable to the Plaintiff/Defendant "for unpaid common area charges, assesments, late fees, fines, attorneys fees and expenses, and interest thereon in the total amount of $ 1,223.32" without break down, and intentionally to Norfolk Superior Court when suppose to be filed in Small Court.

B. Norfolk Superior Court accept for the filing fees of $185.00, and transferd to Brookline District Court again instead to Small Court.

C. Brookline District Court ignored the plaintiff/Defendant's evidence as checks that there are not any dues, but anyway have been entered a Judgment (Rule 58) in:

1) damages of $ 833.31 was include "condo fees charges of $ 192.82 and $ 445.00 late fees" HOWEVER THE total is $ 637.82 instead of $ 833.31 or farfetched on $195.49 more.

outlaw the disparate treatment toward her, relief her from the J

Judgment (Rule 58) AND TO AWARD PUNITIVE DAMAGES WITH INTEREST

and costs that the elderly citizen protected by M.G.L. Chapter

19A COULD ENJOY THE PEACE AND FREEDOM IN THE Commonwealth.

Respectfully submitted,

Dated: May 19,2004

*Maria Rosenthal*
Maria Rosenthal
P.O. Box 1953
Brookline, MA   02446


SERTIFICATE SERVICE

I, Maria Rosenthal, pro se hereby sertify that above copy this
26th day of July 2004 mailed to the counsel Merrill, one State ST
Suite 1500, Boston, MA 02109
                    Maria Rosenthal

-5-

Memorandum

Date: July 22, 2004
To: Mari Rosenthal
From: George Howarth
Subject: What was written on your Motion of Good Cause

    The Judge wrote: Motion Denied for failure to serve a copy on defendants. Dated: 6/30/04

                       George H. Howarth
                       Deputy Clerk

**Maria Rosenthal**
P.O. Box 1953
Brookline, MA 02446

1.