```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

MARIA ROSENTHAL,              )
         Plaintiff,           )
                              )
     v.                       ) C.A. No. 04-10803-MEL
                              )
STEPHEN GLICKMAN,             )
         Defendant.           )
```

**MEMORANDUM AND ORDER**

On April 28, 2004, I directed plaintiff Maria Rosenthal to demonstrate good cause, in writing, within 35 days of the date of the order, why this action should not be dismissed. The April 28, 2004 Memorandum and Order stated that this Court lacks subject matter jurisdiction to review claims which have already been litigated in state court proceedings and may not review the civil judgments of state courts.

On June 30, 2004, the Court denied plaintiff's May 19th Response to Show Cause Order.  See Docket.  On July 22, 2004, the Court allowed plaintiff's July 12th Letter/Request for a copy of the Court's endorsed order.  See Docket.

Now before the Court are plaintiff's motion of good cause (Docket No. 7) and request for hearing (Docket No. 8).  In her motion of good cause, plaintiff asserts that defendant Glickman, through his attorney, filed a complaint against plaintiff in state court.  Plaintiff complains, among other

things, that instead of transferring the case to small claims court, the Norfolk Superior Court transferred the action to the Brookline District Court. After carefully reviewing plaintiff's response, I find that plaintiff has failed to demonstrate any reason why this action should not be dismissed. Thus, I find that plaintiff has failed to demonstrate good cause why this action should not be dismissed.

### ORDER

ACCORDINGLY, in accordance with this Court's order dated April 28, 2004, and the plaintiff not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2), it is ORDERED that the within action be and it is hereby DISMISSED for the reasons stated above; and it is further

ORDERED, that plaintiff's request for hearing (Docket No. 8) is denied.

SO ORDERED.

Dated at Boston, Massachusetts this  21st  day of March, 2005.

        /s/ Morris E. Lasker
        MORRIS E. LASKER
        UNITED STATES SENIOR DISTRICT JUDGE