```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

MARIA ROSENTHAL,              )
          Plaintiff,          )
                              )
     v.                       ) C.A. No. 04-10803-MEL
                              )
STEPHEN GLICKMAN,             )
          Defendant.          )
```

ORDER OF DISMISSAL

For the reasons stated in this Court's orders dated April 28, 2004, and March 21, 2005, it is ORDERED that the within action be and it is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

```
                                   Sarah A. Thornton
                                   CLERK OF COURT


Date: 3/22/05              By  s/ Barbara Morse
                                   Deputy Clerk
```