UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSENTHAL V. GLICKMAN                               Case # 04-cv-10803 MEL

NOTICE OF APPEAL

I, Plaintiff hereby, give Notice of Appeal from April 29, 2005 decision in the above entitled matter.

Dated: May 1, 2005

Respectfully submitted,

*Maria Rosenthal*
Maria Rosenthal
P.O. Box 1953
Brookline MA 02446