### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10803

Maria Rosenthal

v.

Stephen Glickman

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/2/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 4, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _5/4/05_ .

_D Bauchard_

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10803-MEL

Rosenthal v. Glickman                    Date Filed: 04/20/2004
Assigned to: Judge Morris E. Lasker      Jury Demand: None
Cause: 42:1983 Civil Rights Act          Nature of Suit: 440 Civil
                                         Rights: Other
                                         Jurisdiction: Federal Question

**Plaintiff**

**Maria Rosenthal**          represented by  **Maria Rosenthal**
                                             P.O. Box 1953
                                             Brookline, MA 02446
                                             617-734-5774
                                             PRO SE

V.

**Defendant**

**Stephen Glickman**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Maria Rosenthal.(Jenness, Susan) (Entered: 04/22/2004) |
| 04/20/2004 | 2 | COMPLAINT filed by Maria Rosenthal.(Jenness, Susan) (Entered: 04/22/2004) |
| 04/20/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. |

| | | (Jenness, Susan) (Entered: 04/22/2004) |
|---|---|---|
| 04/22/2004 | ◕ | Case undergoing preliminary screening (Jenness, Susan) (Entered: 04/22/2004) |
| 04/28/2004 | ◕3 | Judge Morris E. Lasker : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. Section 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits. (Lanier, Marjorie) (Entered: 05/02/2004) |
| 04/28/2004 | ◕4 | Judge Morris E. Lasker : ORDER entered MEMORANDUM AND ORDER. IT IS HEREBY ORDERED THAT plaintiff's complaint will be dismissed in thirty-five (35) days from the date of this Order unless plaintiff shows good cause, in writing, before that time why it should not be so dismissed. SO ORDERED.(Lanier, Marjorie) (Entered: 05/02/2004) |
| 05/03/2004 | ◕ | Copies of Order no. 3 and Memo and Order no. 4 are mailed to plaintiff via us mail. (Jenness, Susan) (Entered: 05/03/2004) |
| 05/03/2004 | ◕ | File forwarded to customer service for labelling and then onto undersigned for screening of merits (Jenness, Susan) (Entered: 05/03/2004) |
| 05/19/2004 | ◕5 | RESPONSE TO ORDER TO SHOW CAUSE by Maria Rosenthal. (Howarth, George) (Entered: 06/07/2004) |
| 06/30/2004 | ◕ | Judge Morris E. Lasker : ORDER entered Motion denied as unintelligible an failure to show service on defendant. re 5 Response to Order to Show Cause filed by Maria Rosenthal(Howarth, George) (Entered: 07/06/2004) |
| 07/12/2004 | ◕6 | Motion from Marie Rosenthal re her "motion of good cause", FILED. (Boyce, Kathy) (Entered: 07/15/2004) |
| | | |

| | | |
|---|---|---|
| 07/22/2004 | ✪ | Judge Morris E. Lasker : ORDER entered granting. re 6 Letter/request (non-motion)( typed endorsement sent out)(Howarth, George) (Entered: 07/23/2004) |
| 07/30/2004 | ✪7 | Response by Maria Rosenthal to Order of the Court dated June 30,2004. That she has now made service on deft.. (Howarth, George) (Entered: 08/04/2004) |
| 10/29/2004 | ✪8 | REQUEST FOR A HEARING by Maria Rosenthal. (Howarth, George) (Entered: 11/02/2004) |
| 03/21/2005 | ✪9 | Judge Morris E. Lasker : MEMORANDUM AND ORDER entered denying 8 Motion for Hearing. In accordance with this Court's order dated April 28, 2004, and the plaintiff not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. section 1915(e)(2), it is ORDERED that the within action be and it is hereby DISMISSED. (Morse, Barbara) (Entered: 03/22/2005) |
| 03/22/2005 | ✪10 | Judge Morris E. Lasker : ORDER entered. ORDER DISMISSING CASE for the reasons stated in this Court's orders dated April 28, 2004, and March 21, 2005, it is ORDERED that the within action be and it is hereby dismissed pursuant to 28 U.S.C. section 1915(e)(2).(Morse, Barbara) (Entered: 03/22/2005) |
| 04/22/2005 | ✪11 | MOTION for Reconsideration re 10 Order Dismissing Case, by Maria Rosenthal. (Attachments: # 1 Supplement 2# 2 Supplement 3)(Howarth, George) (Entered: 04/25/2005) |
| 04/26/2005 | ✪ | Judge Morris E. Lasker : Electronic ORDER entered denying 11 Motion for Reconsideration "The motion for reconsideration must be denied because this court lacks jurisdiction to grant relief." (Elefther, Elizabeth) (Entered: 04/29/2005) |
| 05/02/2005 | ✪12 | NOTICE OF APPEAL as to Order on Motion for Reconsideration by Maria Rosenthal. NOTICE TO COUNSEL: A Transcript Report/Order Form, which |

|  |  | can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/23/2005. (Howarth, George) (Entered: 05/04/2005) |