# United States Court of Appeals
## For the First Circuit

No. 05-1654

MARIA ROSENTHAL,

Plaintiff, Appellant,

v.

STEPHEN GLICKMAN, TRUSTEE,

Defendant, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Campbell, and Stahl, <u>Senior Circuit Judges</u>.

JUDGMENT

Entered: February 16, 2006

Appellant Maria Rosenthal appeals from the dismissal of her civil rights complaint. The district court dismissed the complaint on the ground that, to the extent that appellant was seeking federal review of various state court judgments and orders, the <u>Rooker-Feldman</u> doctrine barred the complaint. We have carefully reviewed the parties' briefs and the record and agree, for essentially the reasons stated by the district court in its two Memoranda and Orders, with the district court's conclusion. We add only that appellee Stephen Glickman is not subject to appellant's civil rights claims since he is not a state actor. See <u>Gonzalez-Morales</u> v. <u>Hernandez-Arencibia</u>, 221 F.3d 45, 49 (1st Cir. 2000).

The judgment of the district court is <u>summarily affirmed</u>. See Local Rule 27(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/9/06

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
Chief Deputy Clerk.

[cc: Paul G. Casey, AUSA, Dina Michael Chaitowitz, AUSA, Stephen J. Weymouth, Esq. ]